**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENIQUA BRADLEY, | : | Civil No. 1:25-CV-02107 |
| Plaintiff, | : | |
| v. | : | |
| UGI UTILITIES, INC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, this 23rd day of November, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 5, is **ADOPTED**.

2) Plaintiff's federal claim is **DISMISSED WITH PREJUDICE**. Plaintiff's state claims are **DISMISSED WITHOUT PREJUDICE**.

3) The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania